IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS R. LOPEZ, </br>                Plaintiff, </br>    v. </br> EVANS, </br>                Defendant. | 1: 08- CV - 0742 AWI- GSA </br></br> **ORDER VACATING JUNE 13, 2008 ORDER REASSIGNING ACTION** |

     On June 13, 2008, the court reassigned this action to Magistrate Judge Gary S. Austin to conduct all further proceedings, including trial and entry of final judgment.   This order was issued in mistake because not all parties had consented to Magistrate Judge jurisdiction. Accordingly, the court ORDERS that:

    1.     The June 13, 2008 order is VACATED;

    2.     All future pleadings shall be numbered as follows:   1:08-CV-0742 AWI GSA


IT IS SO ORDERED.

**Dated:   June 17, 2008**                                      /s/ **Anthony W. Ishii**
                                                                  UNITED STATES DISTRICT JUDGE