UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS R. LOPEZ, | ) | 1:08-CV-00742 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING JUNE 27, 2008, |
| | ) | FINDINGS AND RECOMMENDATION |
| v. | ) | THAT HAD RECOMMENDED THE |
| | ) | PETITION BE DISMISSED |
| | ) | |
| M. S. EVANS, Warden, | ) | [Doc. #11] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 27, 2008, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to exhaust state remedies. It appeared from Petitioner's pleadings that he had not exhausted his remedies by presenting his claims to the California Supreme Court. On July 11, 2008, Petitioner filed objections to the Findings and Recommendation. While the objections still do not demonstrate that the claims he now presents have been raised to the California Supreme Court, it does appear from a copy of a proof of service he has submitted that he has at least presented a petition for review to the California Supreme Court.

Therefore, the Court will vacate the Findings and Recommendation and allow the case to

1  proceed. However, the Court will reserve any determination on whether Petitioner has exhausted his
2  state remedies in the event Respondent files a motion to dismiss.

### ORDER

Accordingly, IT IS HEREBY ORDERED:

1) The Findings and Recommendation issued on June 27, 2008, are VACATED.

IT IS SO ORDERED.

**Dated:   August 4, 2008**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE