**FILED**
JUL 20 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Jesus R LOPEZ,<br><br>    Petitioner,<br><br>        v<br><br>Anthony HEDGPETH, Acting Warden of Salinas Valley State Prison,<br><br>    Respondent. | Case No 1-8-cv-742-VRW-HC<br><br>ORDER TO TERMINATE APPLICATIONS<br><br>[Docs. Nos. 28 & 29] |

        The court denied the petition for a writ of habeas corpus in the above-captioned matter, (Doc. No. 26), and issued judgment in favor of respondent, (Doc. No. 27). Petitioner subsequently filed an "application for extension of time for notice of appeal and certificate of appealability." (Doc. No. 28.) In an order docketed on July 6, 2009, the court construed the application for an extension of time as an application for a certificate of appealability and then proceeded to deny a certificate of appealability. (Doc. No. 30.) Also docketed on July 6, 2009, were documents from petitioner that were captioned as an "application for certificate of appealability," (Doc. No.
Case No 1-8-cv-742-VRW-HC (ED Cal)
ORDER TO TERMINATE APPLICATIONS
(DPSAGOK)

1  29), and a "notice of appeal," (Doc. No. 31).

2         On its face, the order, (Doc. No. 30), resolved the
3  "application for extension of time," (Doc. No. 28); substantively
4  and effectively, the order, (Doc. No. 30), resolved the
5  "application for certificate of appealability," (Doc. No. 29).
6  Accordingly, the clerk shall terminate both applications that
7  currently appear on the docket sheet as pending, (Docs. Nos. 28 &
8  29).

9         It is so ordered.

*/s/ Vaughn R Walker*

VAUGHN R WALKER
United States District Chief Judge

2